IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID ANTONIO LEMUS, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>V. MOSER, )<br>)<br>Respondent. ) | Case No. 3:21-cv-58<br><br>JUDGE KIM R. GIBSON |

## MEMORANDUM ORDER

This matter is before Magistrate Judge Patricia L. Dodge for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636, and Local Civil Rule 72.

On April 28, 2021, petitioner David Antonio Lemus ("Petitioner") filed a petition for a writ of habeas corpus. (ECF No. 4). On February 15, 2023, respondent V. Moser ("Respondent") notified the Court that Petitioner had been released from federal custody in November 2022. (ECF No. 13). On May 26, 2023, Magistrate Judge Dodge submitted a Report and Recommendation ("R&R") recommending sua sponte that the Court deny the petition as moot. (ECF No. 15 at 3). In it, the Magistrate Judge noted that the parties would have fourteen days to file written objections to the R&R in accordance with 28 U.S.C. §§ 636(b)(1)(B) and (C), and Local Civil Rule 72.D.2. (*Id.*).

Petitioner has not filed any objections to the R&R at ECF No. 15, timely or otherwise. Therefore, upon reasoned consideration of this R&R, *see EEOC v. City of Long Branch*, 866 F.3d 93, 99–100 (3d Cir. 2017), the following order is entered:

AND NOW, this 31st day of August, 2023, **IT IS HEREBY ORDERED** that the R&R at ECF No. 15 is **ADOPTED** as the Opinion of the Court for its reasoning and conclusion.

**IT IS FURTHER ORDERED** that the petition at ECF No. 4 is **DENIED**. The Clerk of Court is directed to mark this case as closed.

BY THE COURT:

_____
KIM R. GIBSON
UNITED STATES DISTRICT JUDGE

**Notice by U.S. Mail to:**

David Antonio Lemus
2382 Paddock Dr.
Murfreesboro, TN 37128